IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JAMISON,

      Plaintiff,                              No. 2:11-cv-02056-WBS-DAD P

    vs.

OFFICER DAVUE, et al.,

      Defendants.                      <u>ORDER</u>

_____/

        Plaintiff, currently an inmate at the Yolo County Jail, is proceeding pro se and in forma pauperis with a civil rights action. On December 3, 2012, plaintiff submitted a summons, three USM-285 forms, and one copy of his amended complaint filed with the court on June 1, 2012. On that same date, plaintiff filed a letter with the court explaining that the Yolo County Jail would not make four copies of his amended complaint as required by the court's November 26, 2012 order. In light of plaintiff's representations the age of this case and to avoid any further delay in moving forward with this litigation, on this one occasion, the court will direct the Clerk of the Court to make copies of the amended complaint so that the U.S. Marshal can serve the three defendants and to return one copy of the amended complaint to plaintiff for his records.

        Plaintiff has also filed his third request for the appointment of counsel. For the reasons set forth in the court's orders filed on March 23, 2012 and November 26, 2012,

1

plaintiff's pending request for appointment of counsel will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 3, 2012 request for the appointment of counsel (Doc. No. 30) request is denied;

2. Plaintiff's December 3, 2012 request for copies of his amended complaint for service by the U.S. Marshal (Doc. No. 32) is granted;

3. The Clerk of the Court is directed to provide four copies of plaintiff's amended complaint filed on June 1, 2012 (Doc. No. 23), to the U.S. Marshal for service as set forth in the order filed concurrently with this order; and

4. The Clerk of the Court is also directed to make a endorsed copy of plaintiff's amended complaint filed with the court on June 1, 2012 (Doc. No. 23) and send it to plaintiff for his records.

DATED: December 13, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
jami2056.31thr