IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JAMISON,

    Plaintiff,            No. 2:11-cv-02056-WBS-DAD P

    vs.

OFFICER DANUE, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed his fourth request for the appointment of counsel. For the reasons provided in the court's November 26, 2012 order, plaintiff's request will be denied. Plaintiff has not demonstrated exceptional circumstances for the appointment of counsel.

        On December 13, 2012, plaintiff filed a letter requesting that discovery and trial dates be scheduled for this action. Plaintiff is advised that those dates have not been set because defendants have not yet been served or answered plaintiff's amended complaint.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 14, 2012 motion for appointment of counsel (Doc. No. 38) is denied.

DATED: December 21, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
jami2056.31.4th