IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JAMISON,

        Plaintiff,                  No. 2:11-cv-2056 WBS DAD P

    vs.

OFFICER DAVUE et al.,

        Defendants.         <u>ORDER</u>

                            /

        Defense counsel has filed a notice indicating that a settlement of this action has been reached. The parties expect to file the final dispositional documents within forty-five days. Defense counsel requests that the court therefore vacate the scheduling order previously entered in this matter. Good cause appearing, the court will grant the request.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' request to vacate the scheduling order, and the dates set forth therein, in this matter (Doc. No. 63) is granted;

        2. The court's scheduling order, including deadlines for discovery and pretrial motions, is vacated; and

        3. The parties shall file the final dispositional documents within forty-five days. Alternatively, if the dispositional documents are not completed by that time, the parties shall file

1  a status report explaining the status of the parties' settlement agreement and the filing of their
2  dispositional documents.
3  DATED: August 7, 2013.

                                                                       /s/ Dale A. Drozd
                                                                       DALE A. DROZD
6  DAD:9                                            UNITED STATES MAGISTRATE JUDGE
   jami2056.sett