UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON, | No. 2:11-cv-2056 WBS DAD P |
| Plaintiff, | |
| v. | ORDER |
| OFFICER DANUE et al., | |
| Defendants. | |

Plaintiff is a former county jail inmate proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On June 12, 2014, the court issued an order in which it observed that the parties had apparently twice come close to settling this case on their own. The court explained that if the parties were inclined to participate in a court-supervised settlement conference, the court would be willing to schedule one. Plaintiff has since filed a request for a court-supervised settlement conference, and defendants have filed a statement of non-opposition to plaintiff's request. Good cause appearing, the court will grant plaintiff's request and schedule a settlement conference in this case. Before doing so, however, pursuant to Local Rule 270(b), the parties will be directed to inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge who is assigned to this action or if they wish to be

/////

1

referred to the court's mediation program for assignment of another Magistrate Judge to preside over the settlement conference

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a court-supervised settlement conference (Doc. No. 83) is granted;

2. Within twenty-one days of the date of this order, each party shall inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge or if they wish to wish to be referred to the court's mediation program. If the parties wish to proceed before the undersigned magistrate judge, each party shall return to the court the consent form for settlement conferences provided with this order. If the parties do not wish the undersigned magistrate judge to preside at the settlement conference, each party shall file a declaration stating he wishes to be referred to the court's mediation program; and

3. The Clerk of the Court is directed to send each party the consent form for settlement conferences.

Dated: July 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jami2056.sc

2