UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON,<br><br>           Plaintiff,<br><br>      v.<br><br>OFFICER DANUE et al.,<br><br>           Defendants. | No.  2:11-cv-2056 WBS DAD P<br><br><br><br>ORDER |

      Plaintiff is a county jail inmate proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  On July 25, 2014, the court scheduled a settlement conference in this case for September 4, 2014.  Plaintiff recently filed a letter with the court explaining that he may be transferred to California State Prison, Corcoran within the next two weeks.  He requests that the court advance the settlement conference to an earlier date before he is transferred to avoid having to transport him back to Sacramento for the settlement conference as scheduled.

      Unfortunately, the court is unable to conduct the settlement conference within the next two weeks.  Plaintiff is advised that if he is transferred to California State Prison, Corcoran, he should notify the court immediately by filing a notice of change of address.  See Local Rule 183(b).  The court will then issue a new writ of habeas corpus ad testificandum ordering the warden at California State Prison, Corcoran to allow plaintiff to participate in the settlement

/////

1

conference via video-conference so that he need not to be transported back to Sacramento in the event he is transferred.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to advance the settlement conference (Doc. No. 90) is denied.

Dated: August 1, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jami2056.sett