UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON, | No. 2:11-cv-2056 WBS DAD P |
| Plaintiff, | |
| v. | ORDER |
| OFFICER DANUE et al., | |
| Defendants. | |

Plaintiff is a county jail inmate proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This matter is set for a court-supervised settlement conference on September 4, 2014.

Plaintiff has filed a request for the court to clarify whether he needs to share his confidential settlement conference statement with the defendants. Plaintiff is advised that he need not share his settlement conference statement with the defendants. Rather, he may mail it directly to Pete Buzo, Courtroom Deputy to United States Magistrate Judge Dale A. Drozd, 501 I Street, Suite 8-100, Sacramento, California 95814. In addition, he should file with the court a one-page Notice of Submission of Confidential Settlement Conference Statement pursuant to Local Rule 270(d). Also, with respect to the court's order that principals be present at the settlement conference, plaintiff is advised that he is a principal and his appearance at the conference is all that is required of him.

1

1       Finally, the court has received a letter from the Monroe Detention Center stating that plaintiff will be transported to the California Department of Corrections – DVI before the settlement conference takes place.  As the court previously advised plaintiff, he should notify the court of his transfer immediately by filing a notice of change of address in this case.  See Local Rule 183(b).  The court will then issue a new writ of habeas corpus ad testificandum ordering the warden at DVI to produce plaintiff at the court for the settlement conference as scheduled.  Because DVI does not have video-conferencing capability, plaintiff will be required to appear in-person at the settlement conference.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's request for clarification (Doc. No. 92) is granted.

Dated:  August 12, 2014

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jami2056.clar