UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY L. JAMISON,

      Plaintiff,

vs.

OFFICER DANUE, et al.,

      Defendants.
_____/

No. 2:11-cv-2056 WBS DAD P

**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Jeremy L. Jamison, inmate # AC-5574, a necessary and material witness in proceedings in this case on September 4, 2014, is confined in Deuel Vocational Institution, 23500 Kasson Road, P.O. Box 400, Tracy, California, 95378-0004, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 27, United States District Courthouse, 501 I Street, Sacramento, California on September 4, 2014, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

      4. The Clerk of the Court shall serve a courtesy copy by fax to Deuel Vocational Institution at (209) 830-3922.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, Deuel Vocational Institution, 23500 Kasson Road, P.O. Box 400, Tracy, California, 95378-0004:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
Dated: August 18, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp; jami2056.841(2)